UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCIENTIFIC CERTIFICATION SYSTEMS, INC., et al.,

Plaintiffs,

v.

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC., A VIRGINIA CORPORATION,

Defendant.

Case No. 25-cv-10875-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on March 31, 2026. Having considered the parties' proposals, *see* Dkt. No. 29, 34, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 30, 2026 |
| Deadline to Conduct Private Mediation | June 18, 2026 |
| Close of Fact Discovery | November 20, 2026 |
| Exchange of Opening Expert Reports | November 23, 2026 |
| Exchange of Rebuttal Expert Reports | January 18, 2027 |
| Close of Expert Discovery | March 1, 2027 |
| Dispositive Motion Hearing Deadline | March 11, 2027, at 2:00 p.m. |
| Pretrial Conference | June 8, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | June 21, 2027, at 8:30 a.m. |

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  5/4/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge