**REED SMITH LLP**
Robert N. Phillips (SBN 120970)
Christopher J. Pulido (SBN 313142)
Fatima Mobin (SBN 354140)
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Plaintiffs/Counterclaim Defendants Scientific Certification Systems, Inc. d/b/a SCS Global Services, SCS Consulting Services, and SCS Standards and Assurance Systems, Inc.*

**MAYER BROWN LLP**
A. JOHN P. MANCINI (*pro hac vice admitted*)
jmancini@mayerbrown.com
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500

KRISTINE M. YOUNG (*pro hac vice admitted*)
kyoung@mayerbrown.com
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
101 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 874-4230

*Attorneys for Defendant/Counterclaim Plaintiff Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Engineers*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SCIENTIFIC CERTIFICATION SYSTEMS, INC. d/b/a SCS GLOBAL SERVICES, et al.,

Plaintiffs,

v.

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. d/b/a SCS ENGINEERS,

Defendant.

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. d/b/a SCS ENGINEERS,

Counterclaim Plaintiff,

v.

SCIENTIFIC CERTIFICATION SYSTEMS, INC. d/b/a SCS GLOBAL SERVICES, et al.,

Counterclaim Defendants.

Case No. 4:25-cv-10875-HSG

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Plaintiffs/Counterclaim Defendants Scientific Certification Systems, Inc. d/b/a SCS Global Services, SCS Consulting Services, Inc., and SCS Standards and Assurance Systems, Inc. (collectively, "SCS Global"), by their attorneys of record pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the confidential Settlement Agreement reached by the Parties, hereby stipulate and agree to dismiss with prejudice their declaratory judgment claims against Defendant/Counterclaim Plaintiff Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Engineers ("SCS Engineers"), and any affirmative defenses asserted in response to SCS Engineers' counterclaims.

SCS Engineers, by its attorneys of record pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the confidential Settlement Agreement reached by the Parties, hereby stipulates and agrees to dismiss with prejudice its counterclaims against SCS Global, and any affirmative defenses asserted in response to SCS Global's declaratory judgment claims.

Each Party will bear its own attorneys' fees, costs, and expenses.

Respectfully submitted,

DATED: August 5, 2026

REED SMITH LLP

By: */s/ Robert N. Phillips*

ROBERT N. PHILLIPS (SBN 120970)
*Attorney for Plaintiff/Counterclaim Defendants Scientific Certification Systems, Inc. d/b/a SCS Global Services, SCS Consulting Services, and SCS Standards and Assurance Systems, Inc.*

DATED: August 5, 2026

MAYER BROWN LLP

By: */s/ A. John P. Mancini*

A. JOHN P. MANCINI (*pro hac vice admitted*)
*Attorney for Defendant/Counterclaim Plaintiff Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Engineers*

**ATTESTATION**

I, A. John P. Mancini, hereby attest that concurrence in the filing of this document has been obtained by all counsel for all of the Parties for whom signatures have been provided.

By: */s/ A. John P. Mancini*

**ORDER**

Pursuant to stipulation of the Parties, and Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, each Party to bear its own attorneys' fees and costs.

Dated this 6th day of August 2026.

Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.
United States District Judge